AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WILLIE HANNA, JR., )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>BARTON COLLEGE C/O DR. CLAUDIA )<br>DUNCAN, )<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:07-CV-32-F** |

\_\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that this action hereby is DISMISSED without prejudice for failure to make timely service upon the Defendant in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. The Clerk of Court is DIRECTED to close this case.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **March 19, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Willie Hanna, Jr.
502 Rountree Street West
Wilson, NC 27893

| | |
|---|---|
| March 19, 2009 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |